| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Lane M. Nussbaum SBN 264200<br>Nussbaum APC<br>27489 Agoura Rd. Ste. 102<br>Agoura Hills, CA 91301<br>Tel (818) 660-1919<br>Fax: (818) 864-3241 | |
| ☐ *Individual appearing without attorney*<br>☒ *Attorney for:* AIM United, LLC | |

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA -  SAN FERNANDO VALLEY DIVISION

| In re:<br><br>Fatemeh Patty Noghli<br><br><br><br><br><br><br><br>Debtor(s). | CASE NO.: 1:15-BK14036-MB<br><br>CHAPTER: 13<br><br>**AMENDED NOTICE OF MOTION AND MOTION FOR RELIEF FROM THE AUTOMATIC STAY OR FOR ORDER CONFIRMING THAT THE AUTOMATIC STAY DOES NOT APPLY  UNDER 11 U.S.C. § 362(l) (with supporting declarations) (UNLAWFUL DETAINER)**<br><br>DATE: 01/06/2015<br>TIME: 10:00 am<br>COURTROOM: 303 |
|---|---|

**Movant:** AIM United, LLC

---

1. **Hearing Location:**

   ☐ 255 East Temple Street, Los Angeles, CA 90012         ☐ 411 West Fourth Street, Santa Ana, CA 92701
   ☒ 21041 Burbank Boulevard, Woodland Hills, CA 91367    ☐ 1415 State Street, Santa Barbara, CA 93101
   ☐ 3420 Twelfth Street, Riverside, CA 92501

2. Notice is given to the Debtor and trustee (*if any*)(Responding Parties), their attorneys (*if any*), and other interested parties that on the date and time and in the courtroom stated above, Movant will request that this court enter an order granting relief from the automatic stay as to Debtor and Debtor's bankruptcy estate on the grounds set forth in the attached Motion.

3. To file a response to the motion, you may obtain an approved court form at www.cacb.uscourts.gov/forms for use in preparing your response (optional LBR form F 4001-1.RFS.RESPONSE), or you may prepare your response using the format required by LBR 9004-1 and the Court Manual.

---

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

4.   When serving a response to the motion, serve a copy of it upon the Movant's attorney (or upon Movant, if the motion was filed by an unrepresented individual) at the address set forth above.

5.   If you fail to timely file and serve a written response to the motion, or fail to appear at the hearing, the court may deem such failure as consent to granting of the motion.

6.   ☐   This motion is being heard on REGULAR NOTICE pursuant to LBR 9013-1(d).  If you wish to oppose this motion, you must file and serve a written response to this motion no later than 14 days before the hearing and appear at the hearing.

7.   ☒   This motion is being heard on SHORTENED NOTICE pursuant to LBR 9075-1(b).  If you wish to oppose this motion, you must file and serve a response no later than (date) 01/06/2105  and (time) 9:30 am    ; and, you may appear at the hearing.

    a.   ☒   An application for order setting hearing on shortened notice was not required (according to the calendaring procedures of the assigned judge).

    b.   ☐   An application for order setting hearing on shortened notice was filed and was granted by the court and such motion and order have been or are being served upon the Debtor and upon the trustee (if any).

    c.   ☐   An application for order setting hearing on shortened notice was filed and remains pending.  After the court rules on that application, you will be served with another notice or an order that specifies the date, time and place of the hearing on the attached motion and the deadline for filing and serving a written opposition to the motion.

Date:  12/17/2015

Nussbaum APC
Printed name of law firm (if applicable)

Lane Nussbaum
Printed name of individual Movant or attorney for Movant

Signature of individual Movant or attorney for Movant

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

June 2014                                    Page 2                           F 4001-1.RFS.UD.MOTION

## MOTION FOR RELIEF FROM THE AUTOMATIC STAY OR FOR ORDER
## CONFIRMING THAT THE AUTOMATIC STAY DOES NOT APPLY
### (Unlawful Detainer)

**1. Movant is the:**

    a. ☒ Owner of the Property
    b. ☐ Authorized Agent of the owner of the Property
    c. ☐ Other (*specify*):

**2. The Property at Issue (Property):**

    Type of Property:  ☒ Residential  ☐ Nonresidential

    *Street Address*: 15203 Morrison Street
    *Unit/Suite Number*:
    *City, State, Zip Code*: Sherman Oaks 91403

**3. Bankruptcy Case History:**

    a. ☒ A voluntary ☐ An involuntary  petition under chapter  ☐ 7 ☐ 11 ☐ 12 ☒ 13
        was filed on (*date*): 12/09/2015

    b. ☐ An order to convert this case to chapter  ☐ 7 ☐ 11 ☐ 12 ☐ 13
        was entered on (*date*):

    c. ☐ A plan was confirmed on (*date*):

**4. Pursuant to 11.U.S.C. § 362(b)(22) and (23) there is no stay because (*check all that apply*):**

    a. ☒ Movant commenced an eviction, unlawful detainer action or similar proceeding against the Debtor involving residential property in which the Debtor resides and:

        (1) ☒ The Debtor has not filed and served on Movant the certification required under 11 U.S.C. § 362(l)(1).

        (2) ☒ The Debtor or adult dependent of the Debtor has not deposited with the clerk any rent that would become due during the 30-day period after the filing of the petition.

        (3) ☒ The Debtor or adult dependent of the Debtor has not filed and served on Movant the further certification required under 11 U.S.C. § 362(l)(2) that the entire monetary default that gave rise to the judgment has been cured.

        (4) ☐ Movant filed and served an objection to the Debtor's certification.  A copy of the objection is attached as Exhibit _____.  A hearing on this objection is set for (*date*) _____.

**5. Grounds for Relief from Stay:** (*check all that apply*)

    a. ☒ Pursuant to 11 U.S.C. § 362(d)(1), cause exists because, as of the bankruptcy petition date, the Debtor had no right to continued occupancy of the premises, as follows:

        (1) ☒ Movant caused a notice to quit to be served on the Debtor.

        (2) ☒ An unlawful detainer proceeding was commenced on (*date*)  09/11/2015 .

        (3) ☒ An unlawful detainer judgment was entered on (*date*)  10/08/2015 .

---

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*June 2014*                    Page 3                    **F 4001-1.RFS.UD.MOTION**

(4) ☒ Movant acquired title to the Property by foreclosure sale before the bankruptcy petition was filed and recorded the deed within the period provided by state law for perfection.

(5) ☐ Movant acquired title to the Property by foreclosure sale after the bankruptcy petition was filed and recorded the deed within the period provided by state law for perfection.

b. ☒ Pursuant to 11 U.S.C. § 362(d)(1) the Debtor's right to possession should be terminated because (*check all that apply*):

   (1) ☐ The lease or other right of occupancy expired by its terms on (*date*) _____.

   (2) ☐ The lease has matured, been rejected or deemed rejected by operation of law on (*date*) _09/08/2015_.

   (3) ☒ Lease payments have not been made after the filing of the bankruptcy petition.

   (4) ☐ An unlawful detainer action was filed to obtain possession of the Property on grounds of endangerment of the Property or because of illegal use of controlled substances on the Property and Movant filed and served upon the Debtor a certification that ☐ such an action was filed or
☐ that within the 30 days preceding the certification, the Debtor has endangered the subject Property or illegally allowed the use of controlled substances on the Property. A copy of Movant's certification is attached as Exhibit _____. The Debtor ☐ has ☐ has not filed an objection to Movant's certification. A copy of the Debtor's objection, if any, is attached as Exhibit _____. A hearing on this objection is set for (*date*) _____.

   (5) ☒ The bankruptcy case was filed in bad faith:

      (A) ☒ Movant is the only creditor or one of few creditors listed in the Debtor's case commencement documents.

      (B) ☐ Other bankruptcy cases have been filed in which an interest in the Property was asserted.

      (C) ☒ The Debtor filed only a few case commencement documents. No schedules or statement of financial affairs (or chapter 13 plan, if appropriate) has been filed.

      (D) ☐ There was a recent transfer of all or part ownership of, or other interest in the Property without the consent of the Movant or court approval.

c. ☒ Pursuant to 11 U.S.C. § 362(d)(2)(A), the Debtor has no equity in the Property; and pursuant to 11 U.S.C. § 362(d)(2)(B), the Property is not necessary to an effective reorganization.

6. **Grounds for Annulment of the Stay.** Movant took postpetition actions against the Property or the Debtor:

a. ☐ These actions were taken before Movant knew the bankruptcy petition was filed, and Movant would have been entitled to relief from stay to proceed with these actions.

b. ☐ Movant knew the bankruptcy case had been filed, but Movant previously obtained relief from stay to proceed with these enforcement actions in prior bankruptcy cases affecting the Property as set forth in Exhibit _____.

c. ☐ Other:

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

June 2014    Page 4    F 4001-1.RFS.UD.MOTION

7. **Evidence in Support of Motion:** (*Important Note: Declaration(s) in support of the Motion MUST be signed under penalty of perjury and attached to this motion.*)

    a.  The UNLAWFUL DETAINER DECLARATION on page 7.

    b.  ☐ Supplemental declaration(s).

    c.  ☐ Other (*specify*):

**Movant requests the following relief.**

1. Relief from stay pursuant to: ☒ 11 U.S.C. § 362(d)(1)   ☒ 11 U.S.C. § 362(d)(2)

2. ☒ Movant (and any successors or assigns) may proceed under applicable nonbankruptcy law to enforce its remedies to obtain possession of the Property.

3. ☒ Confirmation that there is no stay in effect.

4. ☒ The stay is annulled retroactive to the bankruptcy petition date.  Any postpetition acts taken by Movant to enforce its remedies regarding the Property shall not constitute a violation of the stay.

5. ☐ The co-debtor stay of 11 U.S.C. § 1201(a) or § 1301(a) is terminated, modified or annulled as to the co-debtor, on the same terms and conditions as to the Debtor.

6. ☒ The 14-day stay prescribed by FRBP 4001(a)(3) is waived.

7. ☒ A designated law enforcement officer may evict the Debtor and any other occupant from the Property regardless of any future bankruptcy filing concerning the Property for a period of 180 days from the hearing of this motion:
    ☒ without further notice.
    ☐ upon recording of a copy of the order or giving appropriate notice of its entry in compliance with applicable nonbankruptcy law.

8. ☒ Relief from stay is granted under 11 U.S.C. § 362(d)(4), if the order granting this motion is recorded in compliance with state laws governing notices of interest or liens in real property, the order is binding in any other case under this title purporting to affect the Property filed not later than two years after the date of entry of such order, except that a debtor in a subsequent case under this title may move for relief from the order based upon changed circumstances or for good cause shown, after notice and a hearing.

9. ☒ The order is binding and effective in any bankruptcy case commenced by or against any debtor who claims any interest in the Property for a period of 180 days from the hearing of this Motion:
    ☐ without further notice.
    ☒ upon recording of a copy of this order or giving appropriate notice of its entry in compliance with applicable nonbankruptcy law.

10. ☒ The order is binding in any other bankruptcy case purporting to affect the Property filed not later than 2 years after the date of entry of such order, except that a debtor in a subsequent case may move for relief from the order based upon changed circumstances or for good cause shown, after notice and hearing.

11. ☒ The order is binding and effective in any bankruptcy case commenced by or against the Debtor for a period of 180 days, so that no further automatic stay shall arise in that case as to the Property.

---

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

June 2014                                                    Page 5                                    F 4001-1.RFS.UD.MOTION

12. ☐ If relief from stay is not granted with respect to the Property because the Property is the subject of a lease that may be assumable;

   a. ☐ Establishment of a deadline for assumption or rejection of the lease.

   b. ☐ Adequate protection in the form of regular payments at the lease rate from petition date until assumption or rejection of the lease.

13. ☐ Other relief requested.

Date: 12/18/2015

Nussbaum APC
Print name of law firm (*if applicable*)

Lane Nussbaum
Print name of individual Movant or attorney for Movant (*if applicable*)

Signature of individual Movant or attorney for Movant

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*June 2014*                                Page 6                          F 4001-1.RFS.UD.MOTION

## UNLAWFUL DETAINER DECLARATION

I, (name of declarant) _Peter Baer_____, declare as follows:

1. I have personal knowledge of the matters set forth in this declaration and, if called upon to testify, I could and would competently testify thereto. I am over 18 years of age. I have knowledge regarding Movant's interest in the Property because (specify):

    a. ☐ I am the Movant and owner of the Property.

    b. ☒ I manage the Property as the authorized agent for the Movant.

    c. ☐ I am employed by Movant as (title and capacity):

    d. ☐ Other (specify):

2. a. ☒ I am one of the custodians of the books, records and files of Movant as to those books, records and files that pertain to the rental of this Property. I have personally worked on books, records and files, and as to the following facts, I know them to be true of my own knowledge or I have gained knowledge of them from the business records of Movant on behalf of Movant, which were made at or about the time of the events recorded, and which are maintained in the ordinary course of Movant's business at or near the time of the acts, conditions or events to which they relate. Any such document was prepared in the ordinary course of business of Movant by a person who had personal knowledge of the event being recorded and had or has a business duty to record accurately such event. The business records are available for inspection and copies can be submitted to the court if required.

    b. ☐ Other (see attached):

3. The Property is:

    ☒ Residential   ☐ Nonresidential

    *Street Address*: 15203 Morrison Street
    *Unit/Suite Number*:
    *City, State, Zip Code*: Sherman Oaks 91403

4. Movant is the  ☒ legal owner of the Property, or  ☐ the owner's legally authorized agent. A true and correct copy of the trustee's deed upon sale, lease, rental agreement, or other document evidencing Movant's interest in the Property is attached as Exhibit _1___. A true and correct copy of the applicable document establishing Movant's authority as agent for the owner is attached as Exhibit _____.

5. The Debtor asserts a possessory interest in the Property based upon:

    (1) ☐ a month-to-month tenancy

    (2) ☐ a lease that is in default

    (3) ☒ after a foreclosure sale that was held on (date): _08/24/2015_.

    (4) ☐ other (specify):

6. The Debtor failed to pay:

    a. ☐ The monthly rent of $_____ beginning on (date): _____.

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

b. ☐ Other obligations including:

    (1) ☐ Common area maintenance charges

    (2) ☐ Property taxes

    (3) ☐ Other obligations (*specify*):

7. Procedural status

a. ☐ The lease matured or was rejected on (*date*) _____:

    (1) ☐ by operation of law.

    (2) ☐ by order of the court.

b. ☒ Movant caused a notice to quit to be served upon the Debtor on (*date*) 09/02/2015 , and a true and correct copy is attached as Exhibit  2  .

c. ☒ Before the bankruptcy petition was filed:

    (1) ☒ Movant filed a complaint for unlawful detainer against the Debtor on (*date*)  09/11/2015  , and a true and correct copy is attached as Exhibit  3  .

    (2) ☒ Trial was held on (*date*)  10/08/2015 .

    (3) ☐ Trial was continued to (*date*) _____.

    (4) ☒ An unlawful detainer judgment against the Debtor was entered on the complaint for unlawful detainer on (*date*) 10/08/2015 , and a true and correct copy is attached as Exhibit  4  .

    (5) ☒ A writ of possession for the Property was issued on (*date*)  10/21/2015 , and a true and correct copy is attached as Exhibit  5  .

d. After the bankruptcy petition was filed:

    (1) ☒ The Debtor has not filed and served on the Movant the certification required under 11 U.S.C. § 362(l)(1).

    (2) ☒ The Debtor or adult dependent of the Debtor has not deposited with the clerk any rent that would become due during the 30-day period after the filing of the bankruptcy petition.

    (3) ☒ The Debtor or adult dependent of the Debtor has not filed and served on the Movant the further certification required under 11 U.S.C. § 362(l)(2) that the entire monetary default that gave rise to the judgment has been cured.

    (4) ☐ The Debtor filed and served on the Movant the certification required under 11 U.S.C. § 362(d)(1).

        (A) ☐ Movant filed and served an objection a copy of which is attached as Exhibit _____. A hearing on this objection is set for (*date*) _____.

        (B) ☐ Movant has not filed and served an objection.

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

June 2014                                      Page 8                                      F 4001-1.RFS.UD.MOTION

(5) ☐ An unlawful detainer action was filed to obtain possession of the Property on grounds of endangerment of the Property or because of illegal use of controlled substances on the Property and Movant has filed a certification that ☐ such action was filed or ☐ that the Debtor has endangered the Property within 30 days preceding the certification or allowed the illegal use of controlled substances on the Property. A copy of Movant's certification is attached hereto as Exhibit _____.  The Debtor ☐ has ☐ has not filed an objection to Movant's certification.  A copy of the Debtor's objection, if filed, is attached as Exhibit ____.  A hearing on this objection is set for: _____.

(6) ☒ Regular lease payments have not been made after the bankruptcy petition was filed.

8. ☒ The Debtor does not have an interest in the Property that could be assumed or assigned under 11 U.S.C. § 365.

9. ☒ The Property is not necessary to an effective reorganization because it is:

a. ☒ Residential, and is not producing income for the Debtor.

b. ☐ Commercial, but no reorganization is reasonably in prospect.

c. ☐ No longer property of the estate.

d. ☐ Other (*specify*):


10. ☒ The bankruptcy case was filed in bad faith:

a. ☒ Movant is the only creditor or one of few creditors listed in the Debtor's case commencement documents.

b. ☐ Other bankruptcy cases have been filed in which an interest in the Property was asserted.

c. ☒ The Debtor filed only a few case commencement documents.  Schedules and a statement of financial affairs (or chapter 13 plan, if appropriate) have not been filed.

d. ☒ Other (*specify*):
False names were filed as claimants in the unlawful detainer action which caused a prior procedural delays.

11. ☒ The filing of the bankruptcy petition was part of a scheme to delay, hinder or defraud creditors that involved:

a. ☐ The transfer of all or part ownership of, or other interest in, the Property without the consent of Movant or court approval.  See attached continuation page of facts establishing the scheme.

b. ☐ Multiple bankruptcy cases affecting the Property include:
(1) Case name: _____
Chapter: _____    Case number: _____
Date filed: _____    Date discharged: _____    Date dismissed: _____
Relief from stay regarding the Property ☐ was ☐ was not  granted.

(2) Case name: _____
Chapter: _____    Case number: _____
Date filed: _____    Date discharged: _____    Date dismissed: _____
Relief from stay regarding the Property ☐ was ☐ was not  granted.

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

June 2014                                   Page 9                          F 4001-1.RFS.UD.MOTION

(3) Case name: _____

    Chapter: _____    Case number: _____

    Date filed: _____    Date discharged: _____    Date dismissed: _____

    Relief from stay regarding the Property ☐ was ☐ was not granted.

    ☐ See attached continuation page for information about other bankruptcy cases affecting the Property.

    ☐ See attached continuation page for additional facts establishing that the multiple bankruptcy cases were part of a scheme to delay, hinder, or defraud creditors.

12. ☐ Enforcement actions taken after the bankruptcy petition was filed are specified in the attached supplemental declaration(s).

  a. ☐ These actions were taken before Movant knew the bankruptcy petition was filed, and Movant would have been entitled to relief from stay to proceed with these actions.

  b. ☐ Movant knew the bankruptcy case had been filed, but Movant previously obtained relief from stay to proceed with these enforcement actions in prior bankruptcy cases affecting the Property as set forth in Exhibit _____.

  c. ☐ For other facts justifying annulment, see attached continuation page.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 12/16/15 | Peter Baer | _[signature]_ |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

June 2014                          Page 10                          F 4001-1.RFS.UD.MOTION

**EXHIBIT 1**

Recording Requested By

COPY of Document Recorded

20151101483  9|9|15

Has not been compared with original.
Original will be returned when
processing has been completed.
LOS ANGELES COUNTY REGISTRAR - RECORDER

When Recorded & Mail Tax Statements To :
AIM UNITED LLC
P.O. BOX 517
AGOURA HILLS, CA 91376

| | | | |
|---|---|---|---|
| TITLE ORDER NO.: | 8455990 | TS NUMBER: | CA1400259861 |
| LOAN TYPE: | Conventional | APN: | 2263-017-016 |
| PROPERTY ADDRESS: | 15203 MORRISON STREET SHERMAN OAKS (LOS ANGELES) CA | | |

## TRUSTEES DEED UPON SALE

The undersigned grantor declares under penalty of perjury
1) The grantee herein WAS NOT the foreclosing Beneficiary
2) The amount of the unpaid debt together with costs was.......... $ 268,879.58
3) The amount paid by the Grantee at the trustee sale was.......... $ 403,000.00

4) The documentary transfer tax is ................................... $ 443.30   COUNTY $1,813.50 CITY
5) Said property is INCORPORATED / UNINCORPORATED

First American Title Insurance Company , (herein called Trustee), as the duly appointed Trustee under the Deed of Trust hereinafter described, does hereby grant and convey, but without warranty, expressed or implied to :

AIM UNITED LLC :

(herein called Grantee), all of its right, title and interest in and to that certain property situated in the County of LOS ANGELES in the State of California, described as follows :

See Exhibit A attached hereto and made a part hereof.

Recitals :
This conveyance is made pursuant to the powers conferred upon the Trustee by that certain Deed of Trust dated 12/18/2008 and executed by ,

FATEMEH PATTY NOGHLI, AN UNMARRIED WOMAN

Page 1

TRUSTEE'S DEED UPON SALE
APN Number :        2263-017-016
TS Number :         CA1400259861

us Trustor, and recorded 12/30/2008, as Instrument No. 20082270263, in Book , Page , of Official Records of LOS
ANGELES County, California, and after fulfillment of the conditions specified in said Deed of Trust authorizing
this conveyance..

Default occurred as set forth in a Notice of Default and Election to Sell which was recorded in the office of the
County Recorder of said County.

All requirements of law and the applicable Deed of Trust including, but not limited to those enumerated by Civil
Code 2924, et. seq., regarding the mailing, publication, personal delivery and posting of the Notice of Default and
Notice of Sale, as respectively appropriate, have been met.

Said property was sold by said Trustee at public auction on 08/24/2015 at the place named in the Notice of Sale, in
the County of LOS ANGELES in the State of California, in which the property is situated. Grantee, being the
highest bidder at such sale, became the purchaser of said property and paid therefore to said Trustee the amount of
$403,000.00 in lawful money of the United States, or by the satisfaction, pro tanto, of the obligation then secured by
said Deed of Trust

Date _____ AUG 27 2015 _____

First American Title Insurance Company

By _____

            Tammy Rossum
         Authorized Signatory

State of    TEXAS
County of   TARRANT

Before me _____ Lisa A. McSwain _____, a Notary Public, on this day personally appeared
Tammy Rossum
_____ _____ _____, known to me to be the person whose name is subscribed to the foregoing
instrument and acknowledged to me that this person executed the same for the purposes and considerations therein
expressed.

Given under my hand and seal of office this day of _____ 8/27/15 _____.

Witness my hand and official seal.

Signature _____

            LISA A. MCSWAIN
         Notary Public, State of Texas
            My Commission Expires
            November 16, 2016

Page | 2

TRUSTEE'S DEED UPON SALE
APN Number            2263-017-016
TS Number            CA1400259861

# Exhibit A

## Legal Description

LOT 21 OF BLOCK 1 OF TRACT NO. 7460, IN THE CITY OF LOS ANGELES, COUNTY OF LOS
ANGELES, STATE OF CALIFORNIA, AS PER MAP RECORDED IN BOOK 101, PAGES 76 TO 78
INCLUSIVE OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.

**EXHIBIT 2**

# NOTICE TO QUIT/PERFORM OR QUIT

To: All occupants, hereinafter referred to jointly, severally, individually and collectively as "You"

PREMISES: 15203 Morrison Street, Sherman Oaks, CA 91403

AIM United, LLC has purchased the above described property following a foreclosure of a deed of trust after default of a note, and title has been duly perfected.

## IF YOU WERE THE OWNER OF THE PROPERTY OR OTHERWISE NOT A TENANT:

Within 3 days after the date of service of this notice upon you, you are required to quit and move out of the above described property. If you fail to comply with this notice legal proceeding will be commenced against you to recover possession of said premises (and for such damages as may be allowed by law).

## IF YOU WERE A TENANT OF THE PROPERTY STATED ABOVE:

If a party to the above mentioned note remains in the property, then within 30 days after the date of service of this notice upon you, you are required to quit and move out of the above described property. Otherwise, within 90 days after the date of service of this notice upon you, you are required to quit and move out of the above described property. If you fail to comply with this notice legal proceeding will be commenced against you to recover possession of said premises (and for such damages as may be allowed by law).

**IF YOU WERE A TENANT, PLEASE ALSO NOTE:** Within three days after the date of service of a copy of this notice upon you, you are required to deliver a written statement, identifying all current occupants of the premises, and further identifying all current terms of your rental agreement. The statement must be delivered to the following address:

AIM United, LLC
27489 Agoura Road, Suite 102
Agoura Hills CA, 91301

IF YOU FAIL to comply with the above, you must quit and deliver possession of the premises within three days of the service of this notice. If you fail to comply with this notice, Landlord elects to declare forfeiture of your rental agreement immediately.

Date: September 02, 2015              Owner/Agent: AIM United, LLC

*You are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligations." CC1785.26(c) (2).

Sec. 594 of the Penal Code of California states: "Every person who maliciously injures, or destroys any real property not his own . . . is guilty of vandalism."

**EXHIBIT 3**

1    Lane M. Nussbaum, SBN 264200
     Sandra L. Stevens, SBN 84727
2    NUSSBAUM APC
     27489 AGOURA ROAD, STE 102
3    AGOURA HILLS, CALIFORNIA 91301
     Tel. (818) 660-1919   Fax. (818) 864-3241
4

5    Attorneys for Plaintiff AIM United, LLC

ORIGINAL FILED
Northwest District

SEP 11 2015

LOS ANGELES
SUPERIOR COURT

6

7

8                   SUPERIOR COURT OF THE STATE OF CALIFORNIA

9                              COUNTY OF LOS ANGELES

10

11

12   AIM UNITED, LLC                         CASE NO.   15B13155

13                Plaintiff,                 UNLAWFUL DETAINER COMPLAINT

14        vs.                                LIMITED ACTION

15   FATEMEH PATTY NOGHLI and DOES 1-10      Action based on CCP §1161a; amount
                                             demanded does not exceed $10,000
16

17                Defendants.

18

19        PLAINTIFF ALLEGES:

20        1.      Plaintiff AIM United, LLC is the owner of, and entitled to immediate possession

21   of the real property commonly known as 15203 Morrison Street, Sherman Oaks, CA 91403 ("the

22   Premises"). AIM United, LLC, is authorized to do business within the State of California and the

23   above-entitled judicial district.

24        2.      Plaintiff is ignorant of the true names and capacities of the defendants sued herein

25   as All Occupants in Possession. Plaintiff is informed and believes and thereon alleges that each

26   of defendants is responsible in some manner for the occurrences herein alleged, and that

27   plaintiff's damages as herein alleged were proximately caused by said defendants who are

28   occupants and not tenants for rent of the Premises. If the current occupants possess the premises

                              UNLAWFUL DETAINER COMPLAINT

to the exclusion of the named defendant, then they are not entitled to a notice period as described by C.C.P. §1161(c). Defendants are not tenants covered by any statute or ordinance that would restrict the plaintiff's ability to recover the Premises.

3. Defendant, Fatemeh Patty Noghli, is the former trustor currently in possession of the Premises. Plaintiff owns said property by virtue of a foreclosure sale, made by the trustee under and pursuant to a deed of trust recorded and executed by Fatemeh Patty Noghli as Trustor.

4. Plaintiff is informed and believes that said Trustor defaulted in the payment of a promissory note secured by the aforementioned Deed of Trust, and thereafter, at the request of the owner and holder of said promissory note and deed of trust, said trustee caused to be recorded a notice of default and breach of conditions of said deed of trust and the election of said trustee to sell said property to satisfy the obligations thereby secured.

5. On August 24, 2015 a foreclosure sale took place and Plaintiff took title to the Premises and received an executed Trustee's Deed Upon Sale, recorded in the official records in the Los Angeles County Recorder's Office, a true and correct copy of which is attached to this Complaint as exhibit "A" and incorporated herein by reference.

6. The Premises were sold in accordance with section 2924 of the Civil Code, under power of sale contained in a deed of trust executed by the defendant herein, and title under the sale has been duly perfected by the recording of the Trustee's Deed upon Sale in the Los Angeles County Recorder's Office.

7. On September 02, 2015, Plaintiff caused a written 3-Day notice to quit and deliver up possession of the Premises property within three (3) days after service on the defendant of said notice. A true copy of said notice is attached hereto, labeled exhibit "B" and incorporated herein by reference. Proof of Service to attachment "B" is labeled hereto as exhibit "C".

8. Plaintiff is informed and believes that, all other Defendants named are not tenants and hold possession of the Premises under Fatemeh Patty Noghli. To the extent that any occupants are tenants, occupants have been requested, in writing and orally to provide the terms of their tenancy. Occupants refused to comply with these requests. Occupants were then served a Three Day Notice to provide the terms of their lease agreement or to execute a new lease.

UNLAWFUL DETAINER COMPLAINT

1  Occupants have refused or failed to comply with the notice, and as such have forfeited any such
2  rental agreement or right to tenancy.

3         9.     More than 3 days have elapsed since the service of said notice but Defendants
4  have failed and refused to deliver up possession of the Premises.

5        10.     Defendants continue in possession of the Premises without permission or consent
6  of Plaintiff, and contrary to the notice to quit.

7        11.     Plaintiff may assign its interest. In the event that such unlawful detainer litigation
8  is in progress, all parties agree that it is the intention of new assignee and Plaintiff that new
9  assignee shall have the right to prosecute any pending unlawful detainer action regarding the
10  property.

11        12.     The daily fair market value of the Premises is $73.33.

12        13.     An unlawful detainer assistant did not receive compensation or give advice or
13  assistance with this form.

14

15  WHEREFORE, Plaintiff prays judgment against defendants as follows:

16        1.     For restitution of the above-described premises;

17        2.     For costs incurred herein;

18        3.     For such other further relief as the Court may deem fit and proper;

19        4.     For holdover damages at the daily rate stated in the complaint.

20

21  Dated: September 10, 2015

22                                         Lane Nussbaum
23                                         Attorney for Plaintiff AIM United, LLC

24

25

26

27

28

UNLAWFUL DETAINER COMPLAINT

<u>Verification</u>

I, Colleen Riojas, declare that I have read the foregoing Unlawful Detainer Complaint and know its contents.

I am an officer of Plaintiff, and am authorized to make this verification on its behalf. I have read the foregoing complaint and know the contents thereof. The matter stated within it are true of my own knowledge and belief, except as to those matters which are stated to be on information and belief, and as to those matters I believe them to be true.

I declare under penalty of perjury, according to the laws of the State of California, that the foregoing is true and correct. Executed on September 10, 2015 in Agoura Hills, California

Colleen Riojas
Declarant

UNLAWFUL DETAINER COMPLAINT

4

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

EXHIBIT A

Recording Requested By

COPY of Document Recorded
20151016483 9|9|15
Has not been compared with original.
Original will be returned when
processing has been completed.
LOS ANGELES COUNTY REGISTRAR - RECORDER

When Recorded & Mail Tax Statements To :
AIM UNITED LLC
P.O. BOX 517
AGOURA HILLS, CA 91376

| | | | |
|---|---|---|---|
| TITLE ORDER NO.: | 8455990 | TS NUMBER: | CA1400259861 |
| LOAN TYPE: | Conventional | APN: | 2263-017-016 |
| PROPERTY ADDRESS: | 15203 MORRISON STREET SHERMAN OAKS (LOS ANGELES) CA | | |

## TRUSTEES DEED UPON SALE

The undersigned grantor declares under penalty of perjury
1) The grantee herein WAS NOT the foreclosing Beneficiary
2) The amount of the unpaid debt together with costs was.......... $ 268,879.58
3) The amount paid by the Grantee at the trustee sale was.......... $ 403,000.00

4) The documentary transfer tax is ............................... $ _443.30_ COUNTY $1,813 50 CITY
5) Said property is INCORPORATED / UNINCORPORATED

First American Title Insurance Company , (herein called Trustee), as the duly appointed Trustee under the Deed of Trust hereinafter described, does hereby grant and convey, but without warranty, expressed or implied to :

AIM UNITED LLC :

(herein called Grantee), all of its right, title and interest in and to that certain property situated in the County of LOS ANGELES in the State of California, described as follows :

See Exhibit A attached hereto and made a part hereof.

Recitals :
This conveyance is made pursuant to the powers conferred upon the Trustee by that certain Deed of Trust dated 12/18/2008 and executed by ,

FATEMEH PATTY NOGHLI, AN UNMARRIED WOMAN

Page 1

TRUSTEE'S DEED UPON SALE
APN Number :          2263-017-016
TS Number : :         CA1400259861

us Trustor, and recorded 12/30/2008, as Instrument No. 20082270263, in Book , Page , of Official Records of LOS
ANGELES County, California, and after fulfillment of the conditions specified in said Deed of Trust authorizing
this conveyance..

Default occurred as set forth in a Notice of Default and Election to Sell which was recorded in the office of the
County Recorder of said County.

All requirements of law and the applicable Deed of Trust including, but not limited to those enumerated by Civil
Code 2924, et. seq., regarding the mailing, publication, personal delivery and posting of the Notice of Default and
Notice of Sale, as respectively appropriate, have been met.

Said property was sold by said Trustee at public auction on 08/24/2015 at the place named in the Notice of Sale, in
the County of LOS ANGELES in the State of California, in which the property is situated. Grantee, being the
highest bidder at such sale, became the purchaser of said property and paid therefore to said Trustee the amount of
$403,000.00 in lawful money of the United States, or by the satisfaction, pro tanto, of the obligation then secured by
said Deed of Trust

Date    AUG 2 7 2015

First American Title Insurance Company

By _____

          Tammy Rossum
          Authorized Signatory

State of    TEXAS
County of TARRANT

Before me _____ Lisa A. McSwain _____, a Notary Public, on this day personally appeared
Tammy Rossum
_____ _____ _____ _____ known to me to be the person whose name is subscribed to the foregoing
instrument and acknowledged to me that this person executed the same for the purposes and considerations therein
expressed.

Given under my hand and seal of office this day of _____ 8/27/15

Witness my hand and official seal

Signature _____

          LISA A. MCSWAIN
          Notary Public, State of Texas
          My Commission Expires
          November 16, 2016

Page | 2

TRUSTEE'S DEED UPON SALE
APN Number          2263-017-016
TS Number          CA1400259861

# Exhibit A

## Legal Description

LOT 21 OF BLOCK 1 OF TRACT NO. 7460, IN THE CITY OF LOS ANGELES, COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, AS PER MAP RECORDED IN BOOK 101, PAGES 76 TO 78 INCLUSIVE OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT B

# NOTICE TO QUIT/PERFORM OR QUIT

To: All occupants, hereinafter referred to jointly, severally, individually and collectively as "You"

PREMISES: 15203 Morrison Street, Sherman Oaks, CA 91403

AIM United, LLC has purchased the above described property following a foreclosure of a deed of trust after default of a note, and title has been duly perfected.

## IF YOU WERE THE OWNER OF THE PROPERTY OR OTHERWISE NOT A TENANT:

Within 3 days after the date of service of this notice upon you, you are required to quit and move out of the above described property.  If you fail to comply with this notice legal proceeding will be commenced against you to recover possession of said premises (and for such damages as may be allowed by law).

## IF YOU WERE A TENANT OF THE PROPERTY STATED ABOVE:

If a party to the above mentioned note remains in the property, then within 30 days after the date of service of this notice upon you, you are required to quit and move out of the above described property.  Otherwise, within 90 days after the date of service of this notice upon you, you are required to quit and move out of the above described property.  If you fail to comply with this notice legal proceeding will be commenced against you to recover possession of said premises (and for such damages as may be allowed by law).

**IF YOU WERE A TENANT, PLEASE ALSO NOTE:** Within three days after the date of service of a copy of this notice upon you, you are required to deliver a written statement, identifying all current occupants of the premises, and further identifying all current terms of your rental agreement. The statement must be delivered to the following address:

AIM United, LLC
27489 Agoura Road, Suite 102
Agoura Hills CA, 91301

IF YOU FAIL to comply with the above, you must quit and deliver possession of the premises within three days of the service of this notice. If you fail to comply with this notice, Landlord elects to declare forfeiture of your rental agreement immediately.

Date: September 02, 2015              Owner/Agent: AIM United, LLC

---

*You are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligations." CC1785.26(c) (2).

Sec. 594 of the Penal Code of California states:  "Every person who maliciously injures, or destroys any real property not his own . . . is guilty of vandalism."

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT C

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** LOS ANGELES

STREET ADDRESS: 6230 Svlmar Ave.
MAILING ADDRESS: 6230 Svlmar Ave.
CITY AND ZIP CODE: Van Nuvs 91401
BRACH NAME: Northwest

**CASE NAME:** AIM United, LLC v. , et al.

# PROOF OF SERVICE OF NOTICE

Ref No.:

AT THE TIME OF SERVICE I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY TO THIS ACTION. I SERVED COPIES OF THE BELOW DOCUMENT AS FOLLOWS:

DOCUMENT SERVED: CCP 1161a Notice to Quit

PERSONS SERVED: *All Occupants*

LOCATION OF SERVICE: 15203 Morrison Street, Sherman Oaks, CA 91403

SERVICE DATE AND TIME: 9/2/15 at 8:52 pm

METHOD OF SERVICE: By delivering the notice to the occupant personally by handing the notice to Jane Doe, and also mailing a second copy to all occupant at property address above.

I am a Registered California Process Server.

**Alfred Profeet**
20177 Allentown Dr.
Woodland Hills, CA 91364
(347) 288-6999

Registration No.: 2015194805
County: Los Angeles

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in this return of service is true and correct.

Dated:  September 02, 2015

Signature: *Alfred Profeet*
Alfred Profeet

**EXHIBIT 4**

| | FOR COURT USE ONLY |
|---|---|
| SUPERIOR COURT OF THE STATE OF CALIFORNIA<br>NORTHWEST DISTRICT-VAN NUYS COURT<br>COUNTY OF LOS ANGELES | |
| PLAINTIFF      : AIM UNITED LLC<br>                        VS<br>DEFENDANT      : NOGHLI, FATEMEH, PATTY | |
| JUDGMENT BY NON-JURY TRIAL | CASE NUMBER<br>15B13155 |

In Department NWH,
Honorable MARILYN M. MORDETZKY , COMMISSIONER Presiding.

The court, after having considered the evidence,
found the amount of rent due the plaintiff(s) to be $          .00 , and
assessed the statutory damages for the unlawful detainer at $   2126.57
and ordered the following judgment: It is adjudged that on the complaint
plaintiff(s)

                AIM UNITED LLC

recover from defendants
                FATEMEH, PATTY NOGHLI
the restitution and possession of those premises situated in the County of
Los Angeles, State of California, and more particularly described as:
15203 MORRISON STREET,    SHERMAN OAKS, CA 91403
and the sum of $   2126.57 and $       .00 attorney fees with costs as
provided by law in the sum of $   340.00 and that the lease or agreement
under which the aforesaid property is held be, and the same is hereby
declared forfeited.


Writ to issue forthwith but no lockout prior to 10/13/15


_____ Deputy Clerk
          JEANNE        NICHOLS

          FILED AND ENTERED
            ON  10/08/15
          SHERRI R CARTER, CLERK
     CLERK OF THE ABOVE NAMED COURT

By: JEANNE         NICHOLS          , Deputy

| | |
|---|---|
| SUPERIOR COURT OF THE STATE OF CALIFORNIA<br>NORTHWEST DISTRICT-VAN NUYS COURT<br>COUNTY OF LOS ANGELES | FOR COURT USE ONLY<br>F I L E D<br>SUPERIOR COURT<br>10/08/15 |
| PLAINTIFF    : AIM UNITED LLC<br>          VS<br>DEFENDANT   : NOGHLI, FATEMEH, PATTY | SHERRI R CARTER, CLERK |
| CLERK'S NOTICE OF ENTRY OF JUDGMENT<br>AND NOTICE RE EXHIBITS/DEPOSITIONS | CASE NUMBER<br>15B13155 |

To the parties and their attorneys of record: You are hereby notified that the
attached copy of the judgment in the above entitled cause was entered on
10/08/15. Further, Exhibits/Depositions, if any, will be disposed of at the
end of 60 days from expiration of appeal time.

SHERRI R CARTER, CLERK

By: _____, Deputy
JEANNE      NICHOLS

----------------------------------------------------------------

CERTIFICATE OF SERVICE

I, the below named Executive Officer/Clerk of the above-entitled court,
do hereby certify that I am not a party to the cause herein, and
that on this date I served the Clerk's Notice of Entry of Judgment and Notice
RE Exhibits/Depositions upon each party or counsel named below by depositing
in the United States mail at the courthouse in VAN NUYS_____ California,
one copy of the original filed/entered herein in a separate sealed envelope
to each address as shown below with the postage thereon fully prepaid.

NUSSBAUM, LANE                      NOGHLI, FATEMEH PATTY
27489 AGOURA RD. STE#102            15203 MORRISON STREET
AGOURA HILLS CA 91301              SHERMAN OAKS CA 91403

Date: 10/08/15

SHERRI R. CARTER, EXECUTIVE OFFICER/CLERK

BY:_____Deputy Clerk
JEANNE      NICHOLS

# EXHIBIT 5

**EJ-130**

| | |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number and address)*:<br>Lane Nussbaum SBN 264200<br>27489 Agoura Road Ste. 102<br>Agoura Hills, CA 91301<br><br>TELEPHONE NO.: 818-660-1919    FAX NO.:<br>E-MAIL ADDRESS: lnussbaum@nussbaumapc.com<br>ATTORNEY FOR *(Name)*: Plaintiff<br>[✓] ATTORNEY FOR  [✓] JUDGMENT CREDITOR  [ ] ASSIGNEE OF RECORD | FOR COURT USE ONLY |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Los Angeles
STREET ADDRESS: 6230 Sylmar Ave.
MAILING ADDRESS: 6230 Sylmar Ave.
CITY AND ZIP CODE: Van Nuys 91401
BRANCH NAME: Van Nuys Courthouse East

PLAINTIFF: AIM United, LLC

DEFENDANT: Fatemeh Patty Noghli et al.

| WRIT<br>OF | [ ] EXECUTION (Money Judgment)<br>[✓] POSSESSION OF [ ] Personal Property<br>                         [✓] Real Property<br>[ ] SALE | CASE NUMBER:<br>15B13155 |
|---|---|---|
| | [✓] Limited Civil Case      [ ] Small Claims Case<br>[ ] Unlimited Civil Case  [ ] Other_____ | |

1. **To the Sheriff or Marshal of the County of:** Los Angeles
   You are directed to enforce the judgment described below with daily interest and your costs as provided by law.

2. **To any registered process server:** You are authorized to serve this writ only in accord with CCP 699.080 or CCP 715.040.

3. *(Name):* AIM United, LLC
   is the [✓] judgment creditor [ ] assignee of record    whose address is shown on this form above the court's name.

4. **Judgment debtor** *(name, type of legal entity stated in judgment if not a natural person, and last known address):*
   Fatemeh Patty Noghli
   15203 Morrison Street, Sherman Oaks,
   CA 91403

   [ ] Additional judgment debtors on next page.

5. **Judgment entered on** *(date):*
   October 08, 2015

6. [ ] **Judgment renewed on** *(dates):*

7. **Notice of sale** under this writ
   a. [✓] has not been requested.
   b. [ ] has been requested *(see next page).*

8. [ ] Joint debtor information on next page.

   [SEAL]

9. [✓] See next page for information on real or personal property to be delivered under a writ of possession or sold under a writ of sale.
10. [ ] This writ is issued on a sister-state judgment.
11. Total judgment .................... $ 0.00
12. Costs after judgment (per filed order or memo CCP 685.090) ........ $ 0.00
13. Subtotal *(add 11 and 12)* ........ $ 0.00
14. Credits ....................... $ 0.00
15. Subtotal *(subtract 14 from 13)* ... $ 0.00
16. Interest after judgment (per filed affidavit CCP 685.050) (not on GC 6103.5 fees)... $ 0.00
17. Fee for issuance of writ ............ $ 25
18. **Total** *(add 15, 16, and 17)* ........... $ 25
19. Levying officer:
    (a) Add daily interest from date of writ *(at the legal rate on 15)* (not on GC 6103.5 fees) of. . . . . . $ 0.00
    (b) Pay directly to court costs included in 11 and 17 (GC 6103.5, 68637; CCP 699.520(i)) . . . . . . . . . . . $ 0.00
20. [ ] The amounts called for in items 11–19 are different for each debtor. These amounts are stated for each debtor on Attachment 20.

*POSSESSION ONLY*

Sherri R. Carter, Executive Officer/Clerk

Issued on *(date):* OCT 2 1 2015    Clerk, by _____, Deputy
M. ACEVEDO

**NOTICE TO PERSON SERVED: SEE NEXT PAGE FOR IMPORTANT INFORMATION.**

Form Approved for Optional Use
Judicial Council of California
EJ-130 [Rev. January 1, 2012]

**WRIT OF EXECUTION**

Code of Civil Procedure, §§ 699.520, 712.010, 715.010
Government Code, § 6103.5
www.courts.ca.gov

EJ-130

| | |
|---|---|
| PLAINTIFF: AIM United, LLC | CASE NUMBER: |
| DEFENDANT: Fatemeh Patty Noghli et al. | 15B13155 |

— Items continued from page 1—

21. ☐ **Additional judgment debtor** *(name, type of legal entity stated
in judgment if not a natural person, and last known address):*

22. ☐ **Notice of sale** has been requested by *(name and address):*

23. ☐ **Joint debtor** was declared bound by the judgment (CCP 989–994)
   a. on *(date):*
   b. name, type of legal entity stated in judgment if not a
      natural person, and last known address of joint debtor:

   a. on *(date):*
   b. name, type of legal entity stated in judgment if not
      a natural person, and last known address of joint debtor:

   c. ☐ additional costs against certain joint debtors *(itemize):*

24. ☑ *(Writ of Possession* or *Writ of Sale)* **Judgment** was entered for the following:
   a. ☑ Possession of real property: The complaint was filed on *(date):* September 11, 2015
      *(Check (1) or (2)):*
      (1) ☐ The Prejudgment Claim of Right to Possession was served in compliance with CCP 415.46.
             The judgment includes all tenants, subtenants, named claimants, and other occupants of the premises.
      (2) ☑ The Prejudgment Claim of Right to Possession was NOT served in compliance with CCP 415.46.
          (a) $73.33                was the daily rental value on the date the complaint was filed.
          (b) The court will hear objections to enforcement of the judgment under CCP 1174.3 on the following
              dates *(specify):* to be scheduled by the court CLAIMS OF RIGHT TO POSSESSION ARE HEARD
                                                               MON-FRI IN NWH AT 1:30 P.M. ON
   b. ☐ Possession of personal property.                     A SPECIFIC DATE TO BE SET BY THE COURT.
      ☐ If delivery cannot be had, then for the value *(itemize in 24e)* specified in the judgment or supplemental order.
   c. ☐ Sale of personal property.
   d. ☐ Sale of real property.
   e. Description of property:

      15203 Morrison Street, Sherman Oaks, CA 91403

---

**NOTICE TO PERSON SERVED**

WRIT OF EXECUTION OR SALE. Your rights and duties are indicated on the accompanying *Notice of Levy* (Form EJ-150).
WRIT OF POSSESSION OF PERSONAL PROPERTY. If the levying officer is not able to take custody of the property, the levying
officer will make a demand upon you for the property. If custody is not obtained following demand, the judgment may be enforced
as a money judgment for the value of the property specified in the judgment or in a supplemental order.
WRIT OF POSSESSION OF REAL PROPERTY. If the premises are not vacated within five days after the date of service on the
occupant or, if service is by posting, within five days after service on you, the levying officer will remove the occupants from the real
property and place the judgment creditor in possession of the property. Except for a mobile home, personal property remaining on
the premises will be sold or otherwise disposed of in accordance with CCP 1174 unless you or the owner of the property pays the
judgment creditor the reasonable cost of storage and takes possession of the personal property not later than 15 days after the
time the judgment creditor takes possession of the premises.
► A Claim of Right to Possession *form accompanies this writ (unless the Summons was served in compliance with CCP 415.46).*

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

27489 Agoura Road, Ste. 102, Agoura Hills, CA 91301

A true and correct copy of the foregoing document entitled: AMENDED **NOTICE OF MOTION AND MOTION FOR RELIEF FROM THE AUTOMATIC STAY OR FOR ORDER CONFIRMING THAT THE AUTOMATIC STAY DOES NOT APPLY UNDER 11 U.S.C. § 362(l) (with supporting declarations) (UNLAWFUL DETAINER)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) __12/18/2015__, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

NEF Attorney for Debtor Lee M. Linson: linsonlawyer@gmail.com
NEF CH 13 Trustee - Elizabeth F. Rojas: cacb_ecf_sv@ch13wla.com
NEF United States Trustee (SV): ustpregion16.wh.ecf@usdoj.gov

☐  Service information continued on attached page

2.  **SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐  Service information continued on attached page

3.  **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) __12/17/2015__, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.
Each person below has been served via overnight mail service:
Debtor via Overnight FedEx Fatemeh Patty Noghli  15203 Morrison Street Sherman Oaks, CA 91403
Attorney for Debtor via Overnight FedEx Lee M Linson - 11901 Santa Monica Blvd Ste 449 Los Angeles, CA 90025
CH 13 Trustee via Overnight FedEx Elizabeth F. Rojas - 15260 Ventura Blvd., Suite 710 Sherman Oaks, CA 91403
via Overnight FedEx Hon Martin Barash - 21041 Burbank Blvd. Suite 342 / Crtrm 303, Woodland Hills, CA 91367

☐  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| __12/18/2015__ | __William Martinez__ | |
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.