Lane M. Nussbaum, SBN 264200
Sandra L. Stevens, SBN 84727
NUSSBAUM APC
27489 AGOURA ROAD STE 102
AGOURA HILLS, CALIFORNIA 91301
(818) 660-1919   FAX (818) 769-7959

Attorneys for Movant Strategic Acquisitions, Inc.

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA –SAN FERNANDO VALLEY DIVISION

In re:

Fatemeh Patty Noghli,

    Debtor

CASE NO. 1:15-bk-14036-MB

DECLARATION OF SANDRA L. STEVENS RE: TELEPHONIC NOTICE OF CONTINUANCE OF HEARING ON MOTION FOR RELIEF FROM THE AUTOMATIC STAY OR FOR ORDER CONFIRMING THAT THE AUTOMATIC STAY DOES NOT APPLY UNDER 11 U.S.C. § 362(l)

DATE: January 13, 2016
TIME: 10:00 a.m.
COURTROOM: 303
    21041 Burbank Blvd.
    Woodland Hills, CA  91367

Judge Martin R. Barash

    I, Sandra L. Stevens, declare:

    1.    I am an attorney duly licensed to practice law in the United States Bankruptcy Court for the Central District of California and I am employed by Nussbaum APC, attorneys of record for Movant Aim United, LLC ("Movant"). In my capacity as attorney for Movant, I have obtained personal and first-hand knowledge of the facts stated in this Declaration and I could and would competently testify to these facts if I am called as a witness.

2.  On January 6, 2016, at approximately 11:25 a.m., I contacted Debtor Fatemeh Patty Nogli ("Debtor") via telephone at (256) 929-1334 and gave Debtor notice that the Motion for Relief from Automatic Stay, or for Order Confirming That the Automatic Stay Does Not Apply Under 11 USC § 362(I), filed by Aim United, LLC, had been continued and would be heard on January 13, 2016 at 10:00 a.m. in Courtroom 303 of the United States Bankruptcy Court located at 21041 Burbank Blvd., Woodland Hills, California 91367. The Debtor asked me to repeat the address of the Courthouse and I repeated the address and courtroom number.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on January 6, 2016, at Agoura Hills, California.

_____
Sandra L. Stevens

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
27489 Agoura Road, Suite 102, Agoura Hills, CA 91301

A true and correct copy of the foregoing document entitled (*specify*): DECLARATION OF SANDRA L. STEVENS RE: TELEPHONIC NOTICE OF CONTINUANCE OF HEARING ON MOTION FOR RELIEF FROM THE AUTOMATIC STAY OR FOR ORDER CONFIRMING THAT THE AUTOMATIC STAY DOES NOT APPLY UNDER 11 U.S.C. § 362(1)
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 01/06/2016, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Debtors Attorney - Lee M. Linson: linsonlawyer@gmail.com
Chapter 13 Trustee - Elizabeth F. Rojas: cacb_ecf_sv@ch13wla.com
US Trustee (SV) : ustpregion16.wh.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 01/06/2016, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Debtor - Fatemeh Patty Noghli: 15203 Morrison St., Sherman Oaks, CA 91403
Debtors Attorney - Lee M. Linson: 11901 Santa Monica Blvd. Ste. 449, Los Angeles, CA 90025
Chapter 13 Trustee - Elizabeth F. Rojas: 15260 Sherman Oaks, CA 91403
Hon. Martin R. Barash - 21401 Burbank Blvd Ste 342 / Crtrm 303, Woodland Hills, CA 91367

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 01/06/2016 | William Martinez | |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                              **F 9013-3.1.PROOF.SERVICE**