United States Bankruptcy Court
Central District of California

In re:  
Fatemeh Patty Noghli  
    Debtor

Case No. 15-14036-MB  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0973-1     User: rtoomerC     Page 1 of 1     Date Rcvd: Jan 20, 2016  
                     Form ID: odspa     Total Noticed: 8

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 22, 2016.
```
db            +Fatemeh Patty Noghli,   15203 Morrison Street,    Sherman Oaks, CA 91403-1504
smg            Los Angeles City Clerk,   P.O. Box 53200,    Los Angeles, CA  90053-0200
cr            +AIM United, LLC,    27489 Agoura Road, Suite 102,    Agoura Hills, CA 91301-2481
36773658      +Seterus,   P.O. Box 54420,    Los Angeles, CA 90054-0420
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            EDI: EDD.COM Jan 21 2016 02:28:00      Employment Development Dept.,   Bankruptcy Group MIC 92E,
               P.O. Box 826880,    Sacramento, CA  94280-0001
smg            EDI: CALTAX.COM Jan 21 2016 02:28:00      Franchise Tax Board,   Bankruptcy Section MS: A-340,
               P.O. Box 2952,   Sacramento, CA  95812-2952
36794303       EDI: RESURGENT.COM Jan 21 2016 02:28:00      LVNV Funding, LLC its successors and assigns as,
               assignee of Citibank (South Dakota),,   N.A.,   Resurgent Capital Services,   PO Box 10587,
               Greenville, SC 29603-0587
36806026       EDI: Q3G.COM Jan 21 2016 02:28:00      Quantum3 Group LLC as agent for,   CP Medical LLC,
               PO Box 788,   Kirkland, WA  98083-0788
                                                                                              TOTAL: 4
```

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 22, 2016                                                                Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 20, 2016 at the address(es) listed below:
```
              Elizabeth (SV) F Rojas (TR)    cacb_ecf_sv@ch13wla.com
              Lane M Nussbaum    on behalf of Creditor   AIM United, LLC lnussbaum@nussbaumapc.com,
               info@nussbaumapc.com
              Lee M Linson    on behalf of Debtor Fatemeh Patty Noghli linsonlawyer@gmail.com,   mcmklaw@gmail.com
              United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov
                                                                                              TOTAL: 4
```

Form odspa–odspab VAN–21
Rev. 06/2014

## United States Bankruptcy Court
## Central District of California

21041 Burbank Blvd, Woodland Hills, CA 91367–6603

# ORDER AND NOTICE OF DISMISSAL FOR
# FAILURE TO FILE SCHEDULES, STATEMENTS AND/OR PLAN

**DEBTOR INFORMATION:**
Fatemeh Patty Noghli

**BANKRUPTCY NO.** 1:15–bk–14036–MB

**CHAPTER** 13

**Last four digits of Social–Security or Individual Taxpayer–Identification (ITIN) No(s)., (if any):** xxx–xx–1110
**Employer Tax–Identification (EIN) No(s).(if any):** N/A
**Debtor Dismissal Date:** 1/20/16

**Address:**
15203 Morrison Street
Sherman Oaks, CA 91403

It appearing that the debtor(s) in the above–captioned case has failed to file all the documents required under FRBP 1007 or 3015(b) within 14 days after the filing of the petition and no motion for an order extending the time to file the required documents has been timely filed in accordance with FRBP 1007(a)(5) or 3015(b),

IT IS HEREBY ORDERED THAT:

1) The case is dismissed, the automatic stay is vacated and all pending motions and adversary proceedings are moot and dismissed.

2) Any discharge entered in this case is vacated.

3) The Court retains jurisdiction on all issues arising under Bankruptcy Code § 110, 329 and 362.

Dated: January 20, 2016

By the Court,

**Kathleen J. Campbell**
Clerk of Court

(Form odspa–odspab VAN–21) Rev. 06/2014

**20 / RTO**